BAILEY *v.* POWELL.

LUMPKIN, J.   1. The evidence was sufficient to support the verdict.

2. In view of the counter showing made in regard to the alleged miscon-
duct on the part of one of the jurors in discussing the case with another
person pending the trial, there was no error in overruling the ground of
the motion for a new trial predicated on that ground.

> *Judgment affirmed. All the Justices concur.*
> SEPTEMBER 18, 1914.

Complaint for land.   Before Judge Worrill.   Miller superior
court.   July 8, 1913.

*P. D. Rich,* for plaintiff in error.   *W. I. Geer,* contra.